MAYER BROWN LLP
Andrea M. Weiss (SBN 252429)
*aweiss@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorney for Defendant
DIRECTV, LLC

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
342 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC,<br><br>    Defendant. | Case No. 1:16-cv-01037-DAD-BAM<br><br>**[PROPOSED]** **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

This matter is before the Court upon the Joint Motion, pursuant to Local Rule 144, of plaintiff Mark Bieber and Defendant DIRECTV, LLC, by and through their respective counsel of record, for an order extending the deadline for Defendant to respond to Plaintiff's Complaint from August 9, 2016 to September 23, 2016.  After considering the pleadings and the file on record, and having been fully advised, the Court finds the parties have shown good cause for their joint motion.

THEREFORE, THE MOTION IS HEREBY GRANTED.  The time for Defendant to respond to Plaintiff's Complaint is extended from August 9, 2016 to September 23, 2016.

IT IS SO ORDERED.

Dated**:   August 4, 2016**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE