UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 1:16-cv-01037-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

Mark Bieber ("Plaintiff") and Defendant DIRECTV, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on September 23, 2016 Defendant filed its Motion to Compel Arbitration, Dkt. No. 8;

WHEREAS, the hearing was set for November 15, 2016;

WHEREAS, Plaintiff's counsel mistakenly noted that the hearing was November 16, 2016, and by extension, noted that the Opposition was due November 2, 2016 instead of November 1, 2016;

WHEREAS, Plaintiff's counsel contends that this error was in good faith, and constituted excusable neglect;

1

WHEREAS, Defendant does not dispute the contention of Plaintiff's counsel;

WHEREAS, in the interest of avoiding prejudice to Defendant, Plaintiff has offered to stipulate to continue the hearing on the Motion to Compel, as well as the deadline for Defendant to file its Reply brief;

WHEREAS, the first available date for the hearing is December 6, 2016; and

WHEREAS, good cause therefore exists for the extension of the hearing on Defendant's Motion to Compel to December 6, 2016, in order to avoid prejudice to Defendant.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The hearing on Defendants Motion to Compel shall be continued to December 6, 2016, and Defendant's Reply in Support of its Motion to Compel shall be due no later than November 29, 2016.

Dated: November 7, 2016        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:   /s/ Adrian R Bacon
      Todd M. Friedman, Esq.
      Adrian R. Bacon, Esq.
      Attorneys for Plaintiffs

Dated: November 7, 2016        MAYER BROWN LLP

By:   /s/ Andrea M. Weiss
      Andrea M. Weiss, Esq.
      Attorneys for Defendant

**Attestation**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Adrian R Bacon, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   November 7, 2016                    LAW OFFICES OF TODD M. FRIEDMAN

By:/s/ Adrian R Bacon
Todd M. Friedman
Adrian R. Bacon

Attorneys for Plaintiff

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the motion hearing in this case.  Good cause appearing,

1. The hearing on Defendants Motion to Compel Arbitration shall be continued to December 6, 2016; and
2. Defendant's Reply in Support of its Motion to Compel Arbitration shall be due no later than November 29, 2016.

IT IS SO ORDERED.

Dated:   **November 7, 2016**                    _____
UNITED STATES DISTRICT JUDGE